UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA NGOLE AKWENSIOGE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER, et al.,<br><br>　　　　　Respondents. | ) Case No. CV 14-5293 JVS(JC)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.[1]

　　　IT IS ORDERED that the Petition is denied and this action is dismissed. The Clerk shall enter judgment accordingly.

---

　　　[1]Although it does not alter the outcome of this matter, this Court notes that the docket of Ninth Circuit Case No. 14-72714 – of which the Court takes judicial notice – reflects that on October 29, 2014 (after the issuance of the Report and Recommendation), the Ninth Circuit dismissed for lack of jurisdiction petitioner's petition for review of the Board of Immigration Appeals' July 30, 2014 dismissal of her merits appeal.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

DATED: November 21, 2014  _____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE