UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELICA NGOLE AKWENSIOGE, | ) ) ) | Case No. CV 14-5293 JVS(JC) |
| Petitioner, | ) ) ) | (PROPOSED) JUDGMENT |
| v. | ) ) | |
| ERIC HOLDER, et al., | ) ) ) | |
| Respondents | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed.

DATED:  November 21, 2014

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE